IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| JENNIFER ARMENTROUT,<br>Plaintiff,<br><br>vs.<br><br>COASTAL CREDIT UNION FOUNDATION, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br>Defendants. | Civil Action No. 4:26-cv-02282-SAC |

**NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY**

Plaintiff Jennifer Armentrout and Defendant Equifax, have agreed to settle the above-entitled action. Plaintiff Jennifer Armentrout requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By: _s/ Dave Maxfield___________

David A. Maxfield, Fed. ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com
*Counsel for Plaintiff*

DATED: July 20, 2026

Columbia, South Carolina