IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jennifer Armentrout,

Plaintiff,

v.

Coastal Credit Union Foundation;
Experian Information Solutions, Inc;
Equifax Information Services, LLC,

Defendant.

Civil Action No.: 4:26-cv-02282-SAC

**ORDER**

The Court, having been advised by counsel that the Plaintiff has settled with Equifax Information Services, LLC, hereby orders that this action be dismissed with respect to Equifax Information Services, LLC, without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

The Honorable Sheria Akins Clarke
United States District Judge

Date: July 21, 2026
Florence, South Carolina