IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Jennifer Armentrout,<br>Plaintiff,<br><br>vs.<br><br>Coastal Credit Union Foundation, Experian Information Solutions, Inc., and Equifax Information Services, LLC,<br><br>Defendants. | Civil Action No. 4:26-cv-02282-SAC |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COASTAL CREDIT UNION FOUNDATION**

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Jennifer Armentrout dismisses her claims as to Defendant Coastal Credit Union Foundation without Prejudice. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By: s/ Dave Maxfield______________________

David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com

DATED: July 31, 2026

Columbia, South Carolina